[No. 37556-7-II.  Division Two.  August 11, 2009.]

KENNETH BRACKETT ET AL., *Respondents*, v. RICHARD E. WALSH ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Thurston County, No. 07-2-01383-8, Gary R. Tabor, J., entered March 10, 2008. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Penoyar, A.C.J., and Quinn-Brintnall, J.

[No. 37646-6-II.  Division Two.  August 11, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN WAYNE ALLEN, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 07-1-02163-2, Christine A. Pomeroy, J., entered April 18, 2008. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Kulik, JJ.

[No. 37770-5-II.  Division Two.  August 11, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA LEE HAYWARD, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 07-1-00175-1, George L. Wood, J., entered May 29, 2008. *Reversed* and *remanded* by unpublished opinion per Van Deren, C.J., concurred in by Houghton and Penoyar, JJ. Now published at 152 Wn. App. 632.

[No. 37795-1-II.  Division Two.  August 11, 2009.]

ANDREW P. DICKINSON, *Appellant*, v. KARI N. WINTHER, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 07-2-03999-0, Diane M. Woolard, J., entered May 16, 2008. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Quinn-Brintnall, JJ.